IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRED MINOR ) | |
| ) | Case No. 1:18-cv-00353-SPB-RAL |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL D. OVERMYER, et al., ) | RICHARD A. LANZILLO |
| ) | UNITED STATES MAGISTRATE JUDGE |
| Defendants ) | |
| ) | ECF No. 37 |
| ) | |

ORDER

It is hereby ORDERED that Plaintiff's motion at ECF No. 37 to voluntarily dismiss all claims against Defendant David Kraynak is GRANTED. Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims against Defendant Kraynak are dismissed. The Clerk of the Court is directed to terminate David Kraynak as a Defendant.

Entered and ordered this 15th day of January, 2021.

_____
RICHARD A. LANZILLO
United States Magistrate Judge